# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RONALD BIAS

VERSUS

CARL J. FOSTER AND JOHN B.
WELLS

NO.  2021 CW 0502

**JULY 6, 2021**

---

In Re:   Ronald Bias, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 687496.

---

**BEFORE:   CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED.**  The trial court's April 12, 2021 judgment granting in part, and denying in part, the exception of no cause of action filed by John B. Wells is vacated.  See action issued in No. 2021 CW 0172 on May 12, 2021.

**WRC**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT